| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Lucas E. Gilmore (Bar No. 250893)<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Tel: (510) 725-3000<br>Fax: (510) 725-3001<br>lucasg@hbsslaw.com<br><br>*Proposed Liaison Counsel for the Class*<br><br>[Additional Counse on Signature Page] | **LABATON KELLER SUCHAROW LLP**<br>Francis P. McConville (*pro hac vice* forthcoming)<br>Connor C. Boehme (*pro hac vice* forthcoming)<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>fmcconville@labaton.com<br>cboehme@labaton.com<br><br>*Counsel for Proposed Lead Plaintiff<br>and Proposed Lead Counsel for the Class* |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, SHELAGH GLASER, SUDHINDRA KANKANWADI, AART J. DE GEUS, LUIS BORGEN, MARC N. CASPER, JANICE D. CHAFFIN, BRUCE R. CHIZEN, MERCEDES JOHNSON, ROBERT G. PAINTER, JEANNINE P. SARGENT, JOHN G. SCHWARZ, and ROY VALLEE,<br><br>Defendants. | Case No. 3:25-cv-10201-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER ACCEPTING SERVICE, SETTING SCHEDULE FOR FURTHER PROCEEDINGS, AND VACATING PENDING DEADLINES** |

1  WHEREAS, on November 25, 2025, Plaintiff New England Teamsters Pension Fund
2  ("Plaintiff") commenced the above-captioned action against Defendants Synopsys, Inc., Sassine
3  Ghazi, Shelagh Glaser, Sudhindra Kankanwadi, Aart J. de Geus, Luis Borgen, Marc N. Casper,
4  Janice D. Chaffin, Bruce R. Chizen, Mercedes Johnson, Robert G. Painter, Jeannine P. Sargent,
5  John G. Schwarz, and Roy Vallee (collectively, "Defendants"), alleging violations of the Securities
6  Exchange Act of 1934 and the Securities Act of 1933, as amended by the Private Securities
7  Litigation Reform Act of 1995 (the "PSLRA") (ECF No. 1);

WHEREAS, on November 26, 2025, the Court issued an Order scheduling a series of deadlines, including a deadline to file an ADR Certification, a deadline to meet and confer, a deadline to make initial disclosures, a deadline to file a Joint Case Management Statement, and setting an Initial Case Management Conference for February 26, 2026 (ECF No. 9);

WHEREAS, the PSLRA provides a procedure for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and motions for appointment as lead plaintiff and approval of lead counsel were filed on this and related dockets (25-cv-09410-EKL and 25-cv-11059-EKL) on December 30, 2025;

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an amended complaint and that Defendants will file motion(s) to dismiss;

WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, the undersigned parties respectfully submit that, because the pleadings are not yet set and in light of the PSLRA's discovery stay, good cause exists to find that Defendants should not be required to respond to a complaint in this case until after lead plaintiff and lead counsel have been appointed and have filed an amended complaint, and to vacate Initial Case Management Conference and related deadlines, including for the Case Management Statement, as well as

deadlines related to the ADR Certification, to be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss; and

WHEREAS, there have been no prior requests for adjournment or extension;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1. The undersigned counsel for Defendants hereby accepts service of the summons and complaint in this action without waiving any rights or defenses, except as to sufficiency of service.

2. The Parties agree that Defendants need not respond to the complaint (ECF No. 1).

3. Within fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

4. Pending deadlines, including deadlines related to the ADR Certifications, initial disclosures, the Initial Case Management Conference, and all associated deadlines, are vacated and shall be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss.

DATED: February 2, 2026                    Respectfully submitted,

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

*/s/ Edward Han*
James N. Kramer
Edward Han
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Email: jkramer@orrick.com
edward.han@orrick.com

*Counsel for Defendants*

| | | |
|---|---|---|
| 1 | DATED: February 2, 2026 | Respectfully submitted, |
| 2 | | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 3 | | |
| 4 | | /s/ Lucas E. Gilmore<br>Lucas E. Gilmore (Bar No. 250893) |
| 5 | | 715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710 |
| 6 | | Tel: (510) 725-3000<br>Fax: (510) 725-3001 |
| 7 | | lucasg@hbsslaw.com |
| 8 | | *Proposed Liaison Counsel for the Class* |
| 9 | | **LABATON KELLER SUCHAROW LLP** |
| 10 | | Francis P. McConville (*pro hac vice* forthcoming)<br>Connor C. Boehme (*pro hac vice* forthcoming) |
| 11 | | 140 Broadway<br>New York, NY 10005 |
| 12 | | Tel: (212) 907-0700<br>Fax: (212) 818-0477 |
| 13 | | fmcconville@labaton.com<br>cboehme@labaton.com |
| 14 | | *Counsel for Proposed Lead Plaintiff* |
| 15 | | *and Proposed Lead Counsel for the Class* |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: February 2, 2026           /s/ Lucas E. Gilmore
                                  Lucas E. Gilmore

                        *     *     *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February 2, 2026          _____
                                  HON. EUMI K. LEE
                                  UNITED STATES DISTRICT JUDGE